# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| EMIGDIO NOLASQUEZ TREJO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-129 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Petitioner Emigdio Trejo ("Trejo") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Trejo's 28 U.S.C. § 2241 Petition for failure to follow this Court's directives and failure to prosecute, **DISMISSES as moot** all pending Motions, **DENIES** Trejo *in forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court to

**CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_3\_\_\_ day of \_\_April\_\_, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA